**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ALEX GUADARRAMA; CHRISTIAN GUADARRAMA,

Plaintiffs-Appellees,

v.

SASAN CHADORBAFF, DBA Western Motors,

Defendant-Appellant.

No.    18-56041

D.C. No. 8:17-cv-00645-DOC-JDE

MEMORANDUM*

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted November 18, 2019**

Before:    CANBY, TASHIMA, and CHRISTEN, Circuit Judges.

Sasan Chadorbaff, DBA Western Motors, appeals pro se from the district

court's order denying his motion brought under Federal Rule of Civil Procedure

60(b) to vacate entry of default and default judgment.  We have jurisdiction under

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

28 U.S.C. § 1291. We dismiss.

On February 28, 2019, this court ordered appellant to order the transcript or digital audio recording of the district court's June 4, 2018 hearing. *See* Docket Entry No. 6. To date, appellant has failed to comply with the order. Due to appellant's failure to include the relevant transcript in the record on appeal, we dismiss this appeal. *See* Fed. R. App. P. 10(b)(2) (if appellant intends to challenge a finding or conclusion as unsupported by the evidence, appellant must include in the record a transcript of all evidence relevant to that finding or conclusion); *Syncom Capital Corp. v. Wade*, 924 F.2d 167, 169-70 (9th Cir. 1991) (dismissing appeal by pro se appellant for failure to provide relevant trial transcripts); *Portland Feminist Women's Health Center v. Advocates for Life, Inc.*, 877 F.2d 787, 789 (9th Cir. 1989) (declining to consider argument that district court erred due to failure to provide transcript of contempt hearing).

**DISMISSED.**